570

476 A.2d 72

Commonwealth v. Jackson, Appellant.

Submitted January 11, 1984.   Marilyn J. Gelb, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

The judgment of sentence of the learned Philadelphia County Common Pleas Court Judge Marvin R. Halbert is affirmed.

476 A.2d 73

Commonwealth v. James, Appellant.
Petition for Allowance of Appeal
Denied Sept. 17, 1984.

Submitted December 9, 1983.   William P. James, for appellant;  Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence is affirmed.

BROSKY, J., filed a dissenting memorandum.